STATE of Missouri, Respondent,

v.

David C. TATE, Appellant.

No. WD 37901.

Missouri Court of Appeals, Western District.

March 17, 1987.

Anne Lyons, Public Defender, Springfield, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, first degree, in violation of § 565.-020.2, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).